# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Crum & Forster Specialty Insurance Company and Seneca Specialty Insurance Company, *Plaintiffs* v. Troy Lee Mikell, *Defendant* | Civil Action No. 3:19-02222-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: declaratory judgment is entered for the Plaintiffs, Crum & Forster Speciality Insurance Company and Seneca Speciality Insurance Company against the Defendant, Troy Lee Mikell, to the extent that Plaintiffs have no duty to defend or indemnify Defendant Troy Lee Mikell in the Underlying Lawsuit Seneca Policy Nos. BAG-1029530-1 and BAG-1029530-2 and C&F Specialty Policy No. BAK 281601.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Court Judge presiding. The court having granted plaintiff's motion for judgment by default.

Date: November 6, 2019

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*